## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT REUBEN, On Behalf of Himself and all Others Similarly Situated,<br><br>               Plaintiff,<br><br>    vs.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE,<br><br>               Defendants. | C. A. No. 04-10061 (RWZ)<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

        Shapiro Haber & Urmy LLP
        Exchange Place
        53 State Street
        Boston, MA 02109

Dated: May 5, 2004

        /s/ Theodore Hess-Mahan
        Thomas G. Shapiro BBO # 454680
        Theodore M. Hess-Mahan BBO # 557109
        Shapiro Haber & Urmy LLP
        75 State Street
        Boston, MA 02108
        (617) 439-3939